UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROBERT F. SINEGAL**                                    CASE NO. 6:25-CV-00433 SEC P

**VERSUS**                                              JUDGE ROBERT R. SUMMERHAYS

**IRVIN CATES, ET AL.**                                  MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED that the instant suit be DISMISSED WITH PREJUDICE as frivolous, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

IT IS FURTHER ORDERED that all pending motions [*see* ECF Nos. 4, 5, 10, 11, 15, 16 and 23] be DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of Court provide a copy of this Judgment to the manager of the Three Strikes List in Tyler, Texas.

Sinegal is hereby placed on NOTICE that this Judgment constitutes a strike under 28 U.S.C. § 1915(g). As Sinegal now has four strikes,[1] he is BARRED from proceeding in forma

---

[1] *See* Case No. 6:24-cv-1792, ECF No. 30; Case No. 6:25-cv-369, ECF No. 46; Case No. 6:25-cv-572, ECF No. 19.

pauperis in any civil action or appeal filed while he is incarcerated or detained unless he is under imminent danger of serious physical injury.[2]

SIGNED in chambers this 20th day of June, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[2] *See* 28 U.S.C. § 1915(g); *McGarrah v. Alford*, 783 F.3d 584, 585 (5th Cir. 2015).